IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00931-MJW

YMCA OF PUEBLO and
YMCA COMMUNITY CAMPUS,

Plaintiffs,

v.

SECURA INSURANCE COMPANIES,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Modify Scheduling Order (Docket No. 20) is GRANTED.  The Scheduling Order (Docket No. 19) is amended as follows:

Section 8. Discovery Limitations, paragraph (d) Other Planning and Scheduling Matters: The parties stipulate that the deadline to designate non-parties at fault shall be November 17, 2014.

Section 9. Case Plan and Schedule, paragraph (b) Discovery Cut off: November 17, 2014; paragraph (c) Phase One expert witness disclosures: October 1, 2014; and paragraph (g) Deadline for Requests for Production of Documents and/or Admissions: Served by October 13, 2014

It is FURTHER ORDERED that Status Conference set for October 16, 2014 at 9:00 a.m. is VACATED.  The Status Conference is RESET for November 18, 2014 at 9:30 a.m.

Date: July 28, 2014